## PLACIDO HANDY V. THE STATE.

No. 19254.   Delivered January 19, 1938.
State's rehearing denied March 23, 1938.

The opinion states the case.

*Kennedy Smith,* of Raymondville, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

KRUEGER, JUDGE.—Appellant was convicted of the offense of murder with malice and his punishment was assessed at death.

This is a companion case to that of Ascension Martinez, alias "Chon" Martinez, this day decided, and involves the identical question which was decided by us in that case.

For the reasons given in that case, the judgment of the trial court is reversed and the prosecution ordered dismissed.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

### ON STATE'S MOTION FOR REHEARING.

HAWKINS, JUDGE.—The question is precisely the same as presented in the State's motion for rehearing in Cause No. 19253, Ascension Martinez, alias "Chon" Martinez, v. State. [Page 180 of this volume.] The same reasons which called for overruling the State's motion in that case demand the same action here.

The State's motion for rehearing is overruled.